UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:23-mj-00453 |
| ) | |
| v. ) | **ORDER TO UNSEAL** |
| ) | |
| CHIRAG TOMAR ) | |
| ) | |

UPON MOTION of the United States of America for an order directing that the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed.

Signed: December 21, 2023

*(signature)*

W. Carleton Metcalf
United States Magistrate Judge