IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-mj-00453

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, | )<br>)<br>) |
| v. | ) **NOTICE OF APPEARANCE** |
| CHIRAG TOMAR, Defendant. | )<br>)<br>)<br>) |

Erin K. Taylor of the law firm Womble Bond Dickinson (US) LLP, admitted to practice by this Court, hereby enters her appearance as counsel for Defendant Chirag Tomar in the above-captioned case.

This the 26th day of March, 2024

/s/ Erin K. Taylor
Erin K. Taylor
NC Bar #34238
WOMBLE BOND DICKINSON (US) LLP
3500 One Wells Fargo Center
301 South College Street
Charlotte, North Carolina 28205-6025
Telephone: (704) 331-4928
Email: Erin.Taylor@wbd-us.com

*Attorney for Defendant Chirag Tomar*