# Binance Account *5702

- Stolen victim cryptocurrency traced to Binance account *5702
- ~~Victim transactions to this account documented in Tomar email ledger~~
- Registered to Tomar's email: Chirag.tomar***@gmail.com
- Registered to Tomar's phone ending in 3999
- Registered under name P.K., with P.K.'s identification documents and photos
- Same P.K. identification documents and photos located in Tomar email account
- P.K. is associate of Tomar

- **Received $11.9 million of stolen cryptocurrency**

# MEXC Account *7727

- Stolen victim cryptocurrency traced to MEXC account *7727
- ~~Victim transactions to this account documented in Tomar email ledger~~
- $1,161,769 in cryptocurrency transferred between MEXC account *7727 and Binance *5702
- Registered to Tomar's phone ending in 3999
- Registered under same name as Binance Account *5702
- Between 7/11/22-7/14/22, same IP logged into Tomar's email account and the Yahoo email account that registered MEXC account
- On 7/19/22, same IP logged into Tomar's email account and the MEXC account within one hour
- Same IP logged into Binance *5702 and MEXC *7727

- **Received over $4.6 million of stolen cryptocurrency**
- **Total stolen cryptocurrency received into Binance *5702 and MEXC *7727 is over $12.4 million, eliminating double counting**

# Binance Account *3197

- Stolen victim cryptocurrency traced to Binance account *3197
- ~~Victim transactions to this account documented in Tomar email ledger~~
- $4,486,192 in Cryptocurrency transferred between Binance *3197 and Binance *5702
- Registered to "Mahesh Cryptoking" email
- Registered under name R.A., using R.A. identification documents
- KYC verification for this account with R.A. documents completed ten minutes after Tomar email account sent those documents from his email to Mahesh Cryptoking email
- R.A. is associate of Tomar

- **Received over $7.5 million of stolen cryptocurrency**
- **Total stolen cryptocurrency received into all three accounts is $20,041,068, eliminating double counting**